# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
NOVEMBER 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of

AYASHA BEVLY
    v.
WAUKEGAN POLICE DEPARTMENT
AND MARK STURTEVANT

Case Number: **07 C 6761**

JUDGE LEFKOW
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AYASHA BEVLY, Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Robert S. Pinzur | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ Robert S. Pinzur | |
| FIRM <br> Pinzur, Cohen & Kerr, Ltd. | |
| STREET ADDRESS <br> 4180 RFD Route 83, Suite 208 | |
| CITY/STATE/ZIP <br> Long Grove, IL 60047 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3122002 | TELEPHONE NUMBER <br> 847/821-5290 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |