U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

**FILED**
**NOVEMBER 30, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

AYASHA BEVLY
    v.
WAUKEGAN POLICE DEPARTMENT
AND MARK STURTEVANT

Case Number: **07 C 6761**

**JUDGE LEFKOW**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AYASHA BEVLY, Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Megan L. Kerr | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Megan L. Kerr | |
| FIRM <br> Pinzur, Cohen & Kerr, Ltd. | |
| STREET ADDRESS <br> 4180 RFD Route 83, Suite 208 | |
| CITY/STATE/ZIP <br> Long Grove, IL 60047 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6257102 | TELEPHONE NUMBER <br> 847/821-5290 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |