# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**NOVEMBER 30, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
AYASHA BEVLY
v.
WAUKEGAN POLICE DEPARTMENT
AND MARK STURTEVANT

Case Number: **07 C 6761**

JUDGE LEFKOW
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AYASHA BEVLY, Plaintiff

| | |
|---|---|
| NAME (Type or print) | Brian R. Merfeld |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Brian R. Merfeld |
| FIRM | Pinzur, Cohen & Kerr, Ltd. |
| STREET ADDRESS | 4180 RFD Route 83, Suite 208 |
| CITY/STATE/ZIP | Long Grove, IL 60047 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6280615 |
| TELEPHONE NUMBER | 847/821-5290 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ |