Attorney No. 6270338

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AYASHIA BEVLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 6761 |
| ) | Judge Lefkow |
| WAUKEGAN POLICE DEPARTMENT ) | Magistrate Judge Ashman |
| and MARK STURTEVANT. ) | |
| ) | Jury Demanded |
| Defendants. ) | |

### DEFENDANT, CITY OF WAUKEGAN'S, MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT

NOW COMES Defendant, CITY OF WAUKEGAN, a municipal corporation, by and through one of its, GRETCHEN A. NEDDENRIEP, of DIVER, GRACH, QUADE & MASINI, LLP, and pursuant to Federal Rule of Civil Procedure 12(b)(6), moves this Court to dismiss Count II of Plaintiffs' Complaint for failure to state a claim upon which relief can be granted. In support of its motion, Defendant, City of Waukegan, states as follows:

1. Plaintiffs' Complaint contains five counts, four of which are directed against Officer Mark Sturtevant, and Count II which is directed at the City of Waukegan. The Defendant, City of Waukegan, moves to dismiss Count II of the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

2. That Count II alleges that the Defendant, City of Waukegan, a municipal corporation, acted to deprive Plaintiff of her constitutional rights in violation of Section 1983 by acting with excessive force.

3. A local governmental unit may be subject to suit under 42 USC Section 1983; however, *respondeat superior* will not suffice to impose Section 1983 liability on the City. <u>Monell v. New York City Department of Social Services</u>, 436 U.S. 658, 690-91, 98 S.Ct. 2018, 2035-36 (1978).

4. For the reasons stated in the Memorandum of Law in Support of Defendant, City of Waukegan's, Motion to Dismiss Count II, Plaintiff's Complaint is devoid of any legally viable allegation to establish liability on the part of the City of Waukegan.

**WHEREFORE**, the Defendant, CITY OF WAUKEGAN, prays that this Honorable Court dismiss Count II of Plaintiff's Complaint with prejudice.

Respectfully submitted,

Dated: January 28, 2008

/s/ Gretchen A. Neddenriep
Gretchen A. Neddenriep

Gretchen A. Neddenriep
Attorney Registration #6270338
DIVER, GRACH, QUADE & MASINI, LLP
Attorneys for the Defendant, City of Waukegan
111 N. County Street
Waukegan, Illinois 60085
(847) 662-8611
(847) 662-2960 (fax)