Attorney No. 6270338

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| AYASHIA BEVLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 6761 |
| ) | Judge Lefkow |
| WAUKEGAN POLICE DEPARTMENT ) | Magistrate Judge Ashman |
| and MARK STURTEVANT. ) | |
| ) | Jury Demanded |
| Defendants. ) | |

### NOTICE OF FILING & PROOF OF SERVICE

TO: Robert S. Pinzur, Pinzur, Cohen & Kerr, Ltd., 4180 RFD Route 83, Suite 208, Long Grove, IL 60047

**PLEASE TAKE NOTE** that on the 28th day of January, 2008, the undersigned filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the accompanying **Appearances; Defendants' Consolidated Answer to Plaintiff's Complaint and Affirmative Defenses; Defendant, City of Waukegan's Motion to Dismiss Count II of Plaintiff's Complaint; and Memorandum of Law in Support of Defendant, City of Waukegan's Motion to Dismiss Count II,** copies of which are hereby attached and served upon you:

Dated: January 28, 2008.

DIVER, GRACH, QUADE & MASINI, LLP
Attorneys for Defendant
111 N. County St.
Waukegan, IL 60085           By: /s/ Gretchen A. Neddenriep
(847) 662-8611                      Gretchen A. Neddenriep – 06270338

### PROOF OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the foregoing was served upon the parties at the stated addresses by depositing copies in the U.S. Mail, with proper postage prepaid in Waukegan, Illinois at or about the hour of 5:00 p.m. and by sending, via *overnight mail*, to Judge Lefkow on January 28, 2008.

/s/ Gretchen A. Neddenriep