# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6761 | **DATE** | 2/19/2008 |
| **CASE TITLE** | Bevly vs. City of Waukegan, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's oral motion to change case caption is granted. Waukegan Police Department is removed as defendant and City of Waukegan is substituted in its place. The Clerk shall remove Waukegan Police Department as defendant on the court's docket and substitute City of Waukegan in its place. Response to defendant's motion to dismiss count II [15] is due by 2/27/2008; reply is due by 3/7/2008. Scheduling conference is set for 3/4/2008 at 9:30 a.m. If parties submit a proposed agreed scheduling order to chambers prior to 3/4/2008, the court date of 3/4/2008 will be stricken.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | MD |
|---|---|---|