UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AYASHIA BEVLY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WAUKEGAN POLICE DEPARTMENT )<br>and MARK STURTEVANT, )<br>)<br>Defendants. ) | No. 07 C 6761<br>Judge Lefkow<br>Magistrate Judge Ashman<br><br>Jury Demanded |

**PROPOSED SCHEDULING ORDER**

The parties, having held a scheduling conference via telephone attended by Nicole Cain for the plaintiff and Gretchen Neddenriep for the defendants, as required by Fed. R. Civ. P. 26(f), submit the following proposed scheduling order:

(A) The parties believe that an early settlement conference will likely result in the disposition of the case.

(B) The parties shall have until March 14, 2008, to make Rule 26(a)(1) disclosures.

(C) The following amendments to the pleadings and/or joinder of additional parties are not anticipated but may be sought upon appropriate motion by March 28, 2008. Amendments thereafter may be made only on motion for good cause shown.

(D) Non-expert discovery will close on June 30, 2008.

(E) The cut-off date for designation of plaintiff's trial expert(s) as provided in Fed. R. Civ. P. 26(a)(2) is July 31, 2008; for defendants' trial expert(s), August 29, 2008. Depositions of the experts shall be taken within 30 days of designation. Unless otherwise stipulated, disclosure of experts will include a report fully in compliance with Rule 26(a)(2)(B).

(F) Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close of discovery, whichever is earlier. If no motion is filed, the court may deem such challenges waived.

**Dispositive Motions**

Before a dispositive motion is filed, the parties will exchange demand and offer letters in an effort to reach resolution of the case. A status hearing will be set on a date determined by the court, approximately two weeks before the close of discovery. At this time, the parties will report on any outstanding discovery issues, as well as the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment.

Also at this status hearing, the court will set a schedule for disposition of this case, including trial dates.

**Consent to Proceed Before a Magistrate Judge**

The parties do not consent to have their case proceed before a magistrate judge.


/s/ Gretchen A. Neddenriep,
    Defendants


/s/ Nicole Cain,
    Plaintiff

ENTER:

Date: February 27, 2008

_____
JOAN HUMPHREY LEFKOW
U. S. District Judge