## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6761 | **DATE** | 3/4/2008 |
| **CASE TITLE** | Bevly vs. Waukegan Police Department | | |

**DOCKET ENTRY TEXT**

Status hearing stricken and reset to 6/24/2008 at 9:30 a.m. Enter Scheduling Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 3/28/2008. Non-expert discovery will close on 6/30/2008. Cut-off date for designation of plaintiff's trial expert(s) is 7/31/2008; for defendant's trial expert(s) is 8/29/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|