# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Ayashia Bevly

                                   Plaintiff,

v.                                                              Case No.: 1:07−cv−06761
                                                                 Honorable Joan H. Lefkow

Mark Sturtevant, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

       MINUTE entry before Judge Honorable Joan H. Lefkow:Per the Court's order of 2/19/2008 [19], a response to defendant's motion to dismiss [15] was to have been filed by 2/27/2008. To date, none has been filed. Status hearing set for 4/10/2008 at 09:30 AM for report on why a response to the motion to dismiss has not been filed.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.