**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Ayashia Bevly
                      Plaintiff,

v.                                             Case No.: 1:07−cv−06761
                                                           Honorable Joan H. Lefkow

Mark Sturtevant, et al.
                      Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: settlement conference.(mad, )Mailed notice.


Dated: April 10, 2008

                                                                                      /s/ Joan H. Lefkow

                                                                         United States District Judge