# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Ayashia Bevly

                            Plaintiff,

v.                                                      Case No.: 1:07−cv−06761
                                                             Honorable Joan H. Lefkow

Mark Sturtevant, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 4/10/2008 and continued to 7/10/2008 at 09:30 AM for report on settlement. Defendant City of Waukegan's motion to dismiss Count II of plaintiff's complaint [15] is granted without objection.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.