Attorney No.: 3122002

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| AYASHIA BEVLY, ) | |
| ) | No. 1:07-cv-06761 |
| Plaintiff, ) | Judge Lefkow |
| ) | Magistrate Judge Ashman |
| vs ) | |
| ) | |
| WAUKEGAN POLICE DEPARTMENT ) | |
| and MARK STURTEVANT, ) | **Jury Demand** |
| ) | |
| Defendants. ) | |

### PROOF OF SERVICE

TO:    Gretchen Neddenriep
Diver Grach Quade & Masini LLP
111 North County Street
Waukegan, Illinois 60085

The undersigned hereby certifies that a copy of Plaintiff's Response To Defendant's First Set Of Requests For Production Of Documents Directed To Plaintiff were served upon the above named individual via first class mail by depositing the same in the U.S. mail at 4180 RFD Route 83, Long Grove, Illinois 60047 on June 4, 2008 before 5:00 P.M.

s/Brian R. Merfeld
Brian Merfeld

Robert S. Pinzur
Brian Merfeld
Pinzur, Cohen & Kerr, Ltd.
Attorney Number: 3122002
Attorney for Plaintiff
Suite 208
4180 RFD Route 83
Long Grove, IL 60047
847/821-5290
847/821-5293 (Fax)