IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUN 12 2008
6-12-2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Ayashia Bevly

        Plaintiff,

v.

City of Waukegan and Mark Sturtevant.

        Defendant.

Case No. 07 C 6761

Magistrate Judge
Martin C. Ashman

### STIPULATION TO DISMISS

The parties hereto, by and through their respective attorneys, hereby stipulate and agree that this matter be dismissed without prejudice and without costs, all matters in controversy having been fully compromised and settled; with leave however to reinstate on or before July 28, 2008 (Date) for the sole purpose of enforcing the settlement agreement. In the event a motion to reinstate is not filed on or before the foregoing date, this dismissal will be with prejudice.

Dated this 12 day of June, 2008.

_____
Attorney for Plaintiff

_____
Attorney for Defendant